UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-cv-20954-KMW

KENDRA ZABIELINSKI, on behalf of herself
and others similarly situated,

    Plaintiff,

vs.

BARLEY HOSPITALITY GROUP, LLC, a
Florida limited liability company, JORGE
RAMOS, JR., an individual, and JORGE
RAMOS, SR., an individual,

    Defendants.
_____/

## PLAINTIFF'S FIRST MOTION FOR LEAVE TO AMEND COMPLAINT

COMES NOW Plaintiff KENDRA ZABIELINSKI ("Plaintiff"), by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 15(a)(2) and Southern District Local Rule 15.1 and this Court's Order [DE 19], and hereby files her First Motion for Leave to Amend Complaint and herein states:

1. The instant Motion is Plaintiff's first motion to amend the complaint.

2. This Motion is timely filed, as the Court's cut-off date to amend pleadings is June 7, 2019. DE 19.

3. Discovery procedures have recently begun and neither side has taken any depositions.

4. Defendants will not be unduly prejudiced by delay, as the claims asserted are the same as those previously asserted.

5. The Court's scheduling order will not require modification because of this amendment.

1

6. Plaintiff, in her original Complaint, stated a legally sufficient cause of action, and this Motion is not a futile attempt at amendment.

7. In addition, the interests of judicial efficiency will be served by allowing this amendment, as it revises the class definition to better reflect the claims therein.

8. There is no undue delay, bad faith or dilatory motive in Plaintiff's request to amend the complaint.

## MEMORANDUM OF LAW

Under Rule 15(a)(2), leave to amend shall be "freely given when justice so requires." Fed. R. Civ. P. 15(a)(2). "In the absence of any apparent or declared reason-such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, the leave sought should, as the rules require, be 'freely given.'" *McKinley v. Kaplan*, 177 F.3d 1253, 1258 (Fla. 11th Cir. 1999), citing *Foman v. Davis*, 371 U.S. 178, 182 (1962) (stating the purpose of pleading is to facilitate a proper decision on the merits.). Furthermore, this Motion is timely filed as the cut-off date for adding parties and amending pleadings, June 7, 2019, has not yet passed and the Court's scheduling order, DE 19, will require no modification.

WHEREFORE, Plaintiff asks this honorable Court to grant this Motion for Leave to Amend Complaint.

Respectfully submitted this 7th day of June, 2019.

By:    <u>s/Robert W. Brock II</u>
       Robert W. Brock II, Esq.
       Florida Bar No. 75320
       robert@kuvinlaw.com
       legal@kuvinlaw.com

2

*Law Office of Lowell J. Kuvin*
17 East Flagler Street, Suite 223
Miami, Florida 33131
Tel.: 305.358.6800
Fax: 305.358.6808
*Attorney for Plaintiff*

### CERTIFICATE OF COMPLIANCE WITH L.R. 7.1(a)(3)

The undersigned has communicated with Defendants' counsel, Adi Amit, Esq., concerning this motion for leave to amend before filing.

**s/Robert W. Brock II**
Robert W. Brock II, Esq.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **June 7, 2019**, I electronically filed the foregoing document via CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified in the attached Service in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

By: **s/Robert W. Brock II**
Florida Bar No. 75320
*Attorney for Plaintiff*

3

LAW OFFICE OF LOWELL J. KUVIN
17 EAST FLAGLER STREET · SUITE 223 · MIAMI, FLORIDA 33131 · TEL.: 305.358.6800 · FAX: 305.358.6808