UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 19-20954-CIV-WILLIAMS

KENDRA ZABIELINSKI,

    Plaintiff,

v.

BARLEY HOSPITALITY GROUP, LLC, *et al.*,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Edwin G. Torres' Report & Recommendation ("Report"). (DE 37). In the Report, Judge Torres recommends that Plaintiff's motion to enforce the Parties' settlement agreement and for attorney's fees be granted. No objections to the Report were filed. Based on a careful review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 37) is **AFFIRMED AND ADOPTED**.

2. Plaintiff's motion to enforce settlement and for attorney's fees and costs (DE 35) is **GRANTED**.

3. Judgement is entered in favor of Plaintiff Kendra Zabielinski and against Defendants Barley Hospitality Group, LLC, Jorge Ramos, Jr., and Jorge Ramos, Sr. upon the settlement agreement between the Parties.

4. Plaintiff shall recover $5,140.00 from Defendants, to which Defendants are jointly and severally liable.

5. This case remains **CLOSED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>25th</u> day of August, 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE